# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

TRACIE WOODS,                          )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )     Civil No. 3:11-0548
                                       )     Judge Trauger
HOLIDAY INN EXPRESS and                )     Magistrate Judge Brown
MATTIEE PETTY,                         )
                                       )
    Defendants.                        )

## O R D E R

On August 3, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 16), to which no timely objections have been filed.  The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as frivolous, as it does not state a cause of action under Title VII of the Civil Rights Act of 1964.

This Order constitutes the Judgement in this case.

It is so **ORDERED.**

Enter this 7th day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge